IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE GRAND JURY INVESTIGATIONS | Case No. 1:25-mc-174-JEB (D.D.C.) |

**GOVERNMENT'S CONSENT MOTION FOR EXTENSION OF TIME**

  The government hereby files this Consent Motion for Extension of Time. On November 26, 2025, Petitioner Charlie Savage, a journalist at the New York Times, filed an application asking the Court to "unseal all applications and motions, opinions and orders, along with related dockets, hearing transcripts, briefs, and other pleadings, regarding subpoenas for phone-related records and nondisclosure orders for government officials, including any members of Congress, congressional staff and executive branch officials" concerning the grand jury investigations that led to the indictment of President Trump in *United States v. Trump*, 1:23-cr-257 (D.D.C.). *See* ECF No. 1, at 1 ("Application" or "Appl."). The government received notice of this Application on December 8, 2025, when New York Times counsel sent the Application to undersigned counsel by email. That same day, this Court entered an order directing the government to respond to the Application by December 22, 2025. Minute Order (Dec. 8, 2025). In this Motion, the government seeks to extend this deadline to February 6, 2026, or 60 days after the government received the Application. New York Times counsel has advised that Petitioner consents to this Motion.

  The breadth of the request (seeking *all* judicial records regarding *any* subpoenas and phone-related records and nondisclosure orders for government officials concerning the investigations that led to the indictment of President Trump in this district) will make it time-consuming and complex to ascertain what records are at issue and determine the government's position regarding those records. Indeed, Petitioner contends in his application that a 1,730-page PDF file released by a Senator's office purportedly containing a set of 197 grand jury subpoenas is relevant to his

1

request. In addition, this extension is appropriate given obligations in other litigation matters and the upcoming holiday season. This extension would align the government's time to respond with the time the government would have under the Federal Rules of Civil Procedure to respond to a civil complaint. *See* Fed. R. Civ. P. 12(a)(2). This extension will not unduly delay resolution of this matter and will not prejudice any party, as shown by the fact that Petitioner consents to this motion.

For the foregoing reasons, the government respectfully requests that the Court grant this Motion and enter an order extending the government's deadline to respond to the Application to February 6, 2026.

Dated: December 10, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*