IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE GRAND JURY INVESTIGATIONS | ) ) ) | Case No. 1:25-mc-174-JEB (D.D.C.) |

**GOVERNMENT'S CONSENT MOTION FOR EXTENSION OF TIME**

The government hereby files this Consent Motion for Extension of Time. On November 26, 2025, Petitioner Charlie Savage, a journalist at the New York Times, filed an application asking the Court to "unseal all applications and motions, opinions and orders, along with related dockets, hearing transcripts, briefs, and other pleadings, regarding subpoenas for phone-related records and nondisclosure orders for government officials, including any members of Congress, congressional staff and executive branch officials" concerning the grand jury investigations that led to the indictment of President Trump in *United States v. Trump*, 1:23-cr-257 (D.D.C.). *See* ECF No. 1, at 1 ("Application" or "Appl."). The government's deadline to respond to the Application is February 6, 2026. *See* Minute Order (Dec. 10, 2026). The government seeks to extend this deadline to March 9, 2026. Undersigned counsel conferred by email with Al-Amyn Sumar, counsel for the New York Times, who advised that Petitioner consents to this Motion.

Undersigned counsel has been, and continues to be, occupied with a number of pressing litigation matters, including: (a) *Tincher v. Noem*, No. 0:25-cv-4669 (D. Minn.), which underwent expedited preliminary injunction proceedings in December and January, and in which the court has directed the parties to meet and confer and provide scheduling proposals by February 9, 2026; (b) *Brown v. Trump*, No. 1:25-cv-1764 (D.D.C.), in which the government filed its motion to dismiss the amended complaint on January 28, 2026, and has a reply brief due March 4, 2026; (c) *Saladino v. Office of Special Counsel*, No. 1:25-cv-3107 (D.D.C.), in which the government filed its motion to dismiss the complaint on January 7, 2026, and has a reply brief due February 17,

2026; (d) *Butler v. Bondi*, No. 1:24-cv-975 (N.D. Ala.), in which the court is holding a status conference on February 6, 2026; (e) *In re Donald J. Trump*, No. 1:25-mc-8 (D.D.C.), in which the government has a deadline of February 20, 2026, to provide its position on the potential release of certain transcripts, and (f) *Dickinson v. Trump*, No. 3:25-cv-2170 (D. Or.), in which the parties are engaged in expedited preliminary injunction proceedings in advance of an evidentiary hearing scheduled to commence on March 2, 2026. This extension will not unduly delay resolution of this matter and will not prejudice any party, as shown by the fact that Petitioner consents to this motion.

For the foregoing reasons, the government respectfully requests that the Court grant this Motion and enter an order extending the government's deadline to respond to the Application to March 9, 2026.

Dated: February 3, 2026                          Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*