**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATIONS | Case No. 1:25-mc-174-JEB |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Petitioner Charlie Savage.

Dated: March 23, 2026

/s/ *David McCraw*

David McCraw (NY0200)
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Telephone: (212) 556-4031
Facsimile: (212) 556-4634
Email: mccraw@nytimes.com

*Counsel for Petitioner Charlie Savage*

1