**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATIONS | Case No. 1:25-mc-174-JEB |

**SUPPLEMENTAL SUBMISSION OF PETITIONER CHARLIE SAVAGE IN FURTHER SUPPORT OF HIS APPLICATION FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO GRAND JURY INVESTIGATION**

Petitioner Charlie Savage, a reporter at *The New York Times*, respectfully makes this supplemental submission in support of his application for access to judicial records ancillary to a grand jury investigation. The Government consents to this submission but reserves the right to respond, and Mr. Savage consents to such a response.

One issue raised by the petition is whether certain releases by Senator Charles Grassley of material connected to the grand jury proceedings were authorized by the Government and therefore serve as a waiver of grand jury secrecy under Rule 6(e). On March 24, 2026, one day after Mr. Savage filed his reply in this matter, Senator Grassley made an additional public disclosure. It is attached as **Exhibit A** hereto. Unlike prior releases by the Senator attributed to a "whistleblower," this one on multiple pages carried the legend "Produced by the Department of Justice to Congress." That is significant in light of the Government's reliance on the absence of official attribution in some earlier Grassley releases as a basis for rejecting the releases as constituting official acknowledgement. *See* Response of the United States to Application for Access to Judicial Records Ancillary to Grand Jury Investigation, Dkt. 5, at 6–7 (asserting no waiver from Grassley releases when source is not mentioned or identified as "whistleblower").  The latest disclosure also included copies of subpoenas served on Verizon and Verizon Wireless and still-sealed orders from Magistrate Judge Mazzone and Judge Howell.

1

It is Mr. Savage's position that the disclosure constitutes further official acknowledgement of materials and proceedings before the grand jury and should be viewed as a waiver by the Government of grand jury secrecy. *See* Reply of Petitioner Charlie Savage in Further Support of His Application for Access to Judicial Records Ancillary to Grand Jury Investigation, Dkt. 7, at 2–6.[1]

Dated: April 13, 2026

<div style="margin-left:50%">

Respectfully submitted,

/s/ *David McCraw*
David McCraw (NY0200)
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Telephone: (212) 556-4031
Facsimile: (212) 556-4634
Email: mccraw@nytimes.com

*Counsel for Petitioner Charlie Savage*

</div>

---

[1] See also comments made on national television by FBI Director Kash Patel: "We found this information to expose the politicization by Jack Smith and the prior Department of Justice. I mean, just think about it: eight sitting United States senators' phone records were gathered and subpoenaed through the grand jury process . . . ." *Patel: "We're Just Warming Up" in Investigation of Alleged Tracking of GOP Senators*, Fox News (Oct. 7, 2025), at 4:05–19, https://tinyurl.com/2e4jnhxe.