**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE GRAND JURY INVESTIGATIONS | ) | Case No. 1:25-mc-174-JEB (D.D.C.) |
| | ) | |

**RESPONSE OF THE UNITED STATES TO
SUPPLEMENTAL SUBMISSION OF PETITIONER CHARLIE SAVAGE**

The government hereby responds to Petitioner Charlie Savage's supplemental submission in support of his application. *See* ECF No. 8. Petitioner pointed to a recent release of information by Senator Charles Grassley. *See* ECF No. 8-1. In a press release accompanying this release, Sen. Grassley asserted that he was releasing "records provided by the Department of Justice and Verizon." *See* Sen. Charles Grassley, Grassley Releases New Arctic Frost Records, Raising Additional Questions About Jack Smith's Conduct and Candor, https://www.grassley.senate.gov/news/news-releases/grassley-releases-new-arctic-frost-records-raising-additional-questions-about-jack-smiths-conduct-and-candor (Mar. 24, 2026). Pages 2-11 of the exhibit submitted by Petitioner, but not the remainder of the exhibit, bear a heading that reads: "Produced by the Department of Justice to Congress – [REDACTED]." ECF No. 8-1, at 2-11.

This release by Sen. Grassley does not lift Rule 6(e) secrecy over any records covered by Petitioner's application. Any disclosure of information from the Department of Justice to members of Congress is not the type of "public[] disclos[ure]" by "prosecutors" that can cause "grand jury matters" to "lose their protection." *In re Application of Politico*, No. 23-5071, 2024 WL 1739096, at *3 (D.C. Cir. Apr. 23, 2024) (citing *In re North*, 16 F.3d 1234, 1245 (D.C. Cir. 1994)). And any release by a Senator to the public does not provide "the type of confirmation by government attorneys, grand jury witnesses, or a privilege holder that the Circuit has found sufficient to make secrecy no longer necessary." *In re Press Application for Access to Jud. Recs. Ancillary to Certain*

1

*Grand Jury Proc. Concerning Former President Trump's Commc'ns with his Att'ys*, 687 F. Supp. 3d 132, 137 (D.D.C. 2023).  Notably, Petitioner does not point to any evidence that the Department of Justice authorized or directed Sen. Grassley to release any information to the public.

Petitioner also cites a television interview given by FBI Director Kash Patel.  *See* ECF No. 8, at 2 n.1.  Although Director Patel disclosed the existence of certain subpoenas, he did not disclose any records sought by Petitioner in his application.  *See* Application at 1, ECF No. 1 (seeking "all applications and motions, opinions and orders, along with related dockets, hearing transcripts, briefs, and other pleadings, regarding subpoenas for phone-related records and nondisclosure orders for government officials, including any members of Congress, congressional staff and executive branch officials").

Dated:  April 29, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*