**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE GRAND JURY INVESTIGATIONS | ) )  )  Case No. 1:25-mc-174-JEB (D.D.C.) |

**MOTION OF THE UNITED STATES FOR LEAVE TO SUBMIT**
**EX PARTE AND SEALED RESPONSE TO**
**SUPPLEMENTAL SUBMISSION OF PETITIONER CHARLIE SAVAGE**

Earlier today, the government submitted a public response to Petitioner Charlie Savage's supplemental submission in support of his application. *See* ECF No. 8. The government hereby moves for leave to submit an additional response to the Court, *ex parte* and under seal. The government wishes to explain to the Court additional non-public information pertinent to Petitioner's supplemental submission, disclosure of which could reveal information protected by Federal Rule of Criminal Procedure 6(e). Accordingly, the government respectfully requests that the Court enter an order granting the government leave to file an additional response to Petitioner's supplemental submission, *ex parte* and under seal. The government conferred with Petitioner's counsel, who advised that Petitioner takes the following position on this Motion: "Mr. Savage does not oppose sealing of any portions of the submission properly covered by Rule 6(e). As to other portions of the submission, Mr. Savage objects to sealing. He reserves the right to seek the unsealing of any material in the submission later found to be public by the Court."

1

Dated:  April 29, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*

2