**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE GRAND JURY INVESTIGATIONS | ) | Case No. 1:25-mc-174-JEB (D.D.C.) |
| | ) | |

**CONSENT MOTION OF THE UNITED STATES FOR EXTENSION OF TIME TO
SUBMIT RESPONSIVE DOCUMENTS *IN CAMERA***

On May 21, 2026, the Court set a deadline of June 4, 2026, for the government to "submit in camera . . . the universe of documents responsive to Petitioner's Application."  Minute Order (May 21, 2026).  The government hereby moves for the Court to extend this deadline by three weeks, to June 25, 2026.  The attorney at the Department of Justice responsible for maintaining the records of former Special Counsel Jack Smith's office has been on leave and is scheduled to return June 2, 2026.  In addition, Petitioner's request is phrased in general terms, rather than with reference to identified subpoena numbers or docket numbers.  *See* Appl. 1, ECF No. 1 ("I request that the court please unseal all applications and motions, opinions and orders, along with related dockets, hearing transcripts, briefs, and other pleadings, regarding subpoenas for phone-related records and nondisclosure orders for government officials, including any members of Congress, congressional staff and executive branch officials.").  As such, it may be necessary to perform a broader search of records from the relevant investigation to identify any potentially responsive records.  Undersigned counsel conferred with Petitioner's counsel, who indicated that Petitioner agrees to the relief sought in this Motion.  Accordingly, the government respectfully requests that the Court grant this Motion and enter an order extending the government's deadline to submit responsive documents *in camera* to June 25, 2026.

1

Dated:  June 1, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*

2