**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATIONS | Case No. 1:25-mc-00174-JEB |
| | HON JAMES E. BOASBERG |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.6(b), undersigned counsel hereby withdraws his appearance in the above-captioned action on behalf of Petitioner Charlie Savage. David McCraw, who has entered an appearance, will continue to represent Petitioner in this action.

Dated: July 1, 2026

*/s/ Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
The New York Times Company
1627 I Street NW, Suite 700
Washington, DC 20006
Phone: (202) 862-7705
Email: al-amyn.sumar@nytimes.com